585 A.2d 384

STATE OF NEW JERSEY v. ANTHONY PUCHALSKI.

October 2, 1990.

Petition for certification denied.

585 A.2d 384

STATE OF NEW JERSEY v. RICKY J. BOONE.

October 2, 1990.

Petition for certification denied.

585 A.2d 384

STATE OF NEW JERSEY v. T.P.

October 2, 1990.

Petition for certification denied.

585 A.2d 384

STATE OF NEW JERSEY v. ROGER C. WILLIAMS.

October 2, 1990.

Petition for certification denied.

585 A.2d 385

STATE OF NEW JERSEY v. ANTHONY BRYANT.

October 2, 1990.

Petition for certification denied.